

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00211-CR

_____

JARROD D. WILLIAMS, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1332099D

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Jarrod D. Williams filed a pro se "Petitioner[']s Notice of Appeal From Plea-Bargained Case," claiming that he is not the person who was charged but a different person with the same name and that he has signed all court documents in this case under duress. The trial court's certification of the right of appeal states that this is a plea-bargain case with no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). The trial court's judgment and the written plea admonishments support the certification. Neither appellant nor his appointed standby counsel responded to our letter giving them an opportunity to raise grounds for continuing the appeal. Accordingly, we must dismiss this appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *see also Cooper v. State*, 45 S.W.3d 77, 82 (Tex. Crim. App. 2001) (holding that right of appeal in plea-bargained cases set forth in article 44.02 of the code of criminal procedure excludes complaint that plea was involuntary).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 15, 2019